IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03MC140-MU

| | |
|---|---|
| MOAB TIARA CHEROKEE KITUAH NATION, ANEWA TIARI EL, AND GRAND JURY WITNESSES TAJAH YESHER-EL, ASA KATASH-EL et al.<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA ROBERT J. CONRAD, JR., MATT HOEFLING GRETCHEN C.F. SHAPPERT, DAVID A. BROWN, et al.<br><br>Defendants. | **ORDER** |

**THIS MATTER** is before this Court upon the Defendant Anewa Tiari El's "Petition to Vacate Order for United States Response to Motions Filed by Grand Jury Witnesses Under Seal Due to Fraud Upon the Court." (Document #10). Although this motion was presented to the Court pro se, Tiari El is represented by counsel in a related criminal matter.

This Court has received and reviewed this petition, but fails to see an appropriate cause of action. Therefore, Defendant's Petition is DENIED.

Signed: March 7, 2008

Graham C. Mullen
United States District Judge